UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE HON. JOSEPH WAPNER AND MICKEY WAPNER, *et. al.* <br><br> Plaintiffs, <br><br> v. <br><br> HKALLEN LIMITED PARTNERSHIP, ET. AL., <br><br> Defendants. | CIVIL ACTION NO. 1:16-cv-12077-LTS |

## STIPULATION OF DISMISSAL WITH PREJUDICE BY CERTAIN PLAINTIFFS

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the undersigned parties to the captioned action hereby stipulate to the dismissal with prejudice of all claims asserted by the undersigned plaintiffs in this action, each party to bear their own attorneys' fees and costs, and waiving all rights of appeal. The undersigned plaintiffs are the following: JOHN SHERMAN; IRVING RICHARDS AND REGINA RICHARDS, as co-trustees of the Richards Family Trust; BRIAN WEIDE AND ROBERTA WEIDE, as co-trustees of the Weide Family Trust; TERUKO TAKAHASHI; EARL MCKINNEY; JAMES HAMILL; NANCY LEUSCHEL; and RICHARD ADELMAN.

Respectfully submitted,

| | |
|---|---|
| HKALLEN LIMITED PARTNERSHIP, HK ALLEN, INC., HKN ALLEN LLC, HKN MANAGER LLC, HALL KEEN INVESTMENTS LLC, JOHN L. ALLEN, and DAVID A. CARLEN, | HALL KEEN MANAGEMENT, INC., HALLKEEN LLC AND ANDREW P. BURNES, |
| By their attorneys, | By their attorneys, |
| */s/ Benjamin M. McGovern*<br>Benjamin M. McGovern (BBO #661611)<br>**HOLLAND & KNIGHT LLP**<br>10 St. James Avenue<br>Boston, MA  02116<br>Tel.:  (617) 523-2700<br>Fax.: (617) 523-6850<br>benjamin.mcgovern@hklaw.com | */s/ Kevin G. Kenneally*<br>Kevin G. Kenneally, BBO #:  550050<br>Kevin.Kenneally@leclairryan.com<br>Paul G. Boylan, BBO #:  052320<br>Paul.Boylan@leclairryan.com<br>**LECLAIRRYAN, P.C.**<br>One International Place, Suite 1110<br>Boston, MA 02110<br>(617) 502-8200<br>(617) 502-8201 – Fax |
| EQUITY RESOURCE INVESTMENTS, LLC, EQUITY RESOURCE NEWTON FUND LIMITED PARTNERSHIP, EQUITY RESOURCE MILTON FUND LLC, ERF MANAGER LLC, ERF FUND 2011 GP LLC, ERF FUND 2013 GP LLC, AND EGGERT DAGBJARTSSON, | JOHN SHERMAN; IRVING RICHARDS AND REGINA RICHARDS, as co-trustees of the Richards Family Trust; BRIAN WEIDE AND ROBERTA WEIDE, as co-trustees of the Weide Family Trust; TERUKO TAKAHASHI; EARL MCKINNEY; JAMES HAMILL; NANCY LEUSCHEL; and RICHARD ADELMAN, |
| By their attorneys, | By their attorneys, |
| */s/ Jonathan M. Albano*<br>Jonathan M. Albano, BBO # 013850<br>jonathan.albano@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Federal Street<br>Boston, MA  02110-1726<br>Telephone:    +1.617.341.7700<br>Facsimile:     +1.617.341.7701 | /s/ *Elizabeth Ryan*<br>Elizabeth Ryan, BBO #549632<br>BAILEY & GLASSER LLP<br>99 High Street, Ste. 304<br>Boston, MA  02110<br>Tel.:  (617) 439-6730<br>Fax:  (617) 951-3954<br>Email:  eryan@baileyglasser.com<br><br>BALL LAW CORPORATION<br>Jonathan S. Ball<br>One Market / Spear Tower, 36th Floor<br>San Francisco, CA  94105<br>Tel.:  (415) 349-0721 |

                Fax:  (415) 520-6864
                Email:  jb@ball-lawcorp.com

                PEIFFER ROSCA WOLF ABDULLAH
                CARR & KANE, APLC
                Adam B. Wolf
                Catherine Cabalo
                4 Embarcadero Center, Suite 1400
                San Francisco, CA  94111
                Tel.:  (415) 426-5641
                Fax:  (415) 402-0058
                Email:  awolf@prwlegal.com
                    ccabalo@prwlegal.com

Dated:  August 30, 2017

## **CERTIFICATE OF SERVICE**

      I, Benjamin M. McGovern, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 30th day of August, 2017.

                                        /s/ Benjamin M. McGovern
                                        Benjamin M. McGovern

Dated: August 30, 2017